*Lader v. Warden*, 121 Nev. 682, 686, 120 P.3d 1164, 1166 (2005). Here, the district court conducted an evidentiary hearing, heard testimony from the victim and Newmon's trial counsel, and concluded that counsel's performance was not deficient and Newmon failed to demonstrate prejudice. *See Strickland v. Washington*, 466 U.S. 668, 687-88, 694 (1984); *Kirksey v. State*, 112 Nev. 980, 987, 923 P.2d 1102, 1107 (1996). The district court's finding is supported by substantial evidence and not clearly wrong, and Newmon has not demonstrated that the district court erred as a matter of law. Therefore, we conclude that the district court did not err by rejecting Newmon's claim.

Newmon also contends that the district court erred by not finding that trial counsel was ineffective for failing to (1) communicate honestly with him, (2) move for a change of venue, (3) move to disqualify the trial judge, (4) notify him that the State, in its case-in-chief, intended on calling the prison nurse who treated him and the victim after the incident, (5) object to unfavorable jury instructions, (6) object to the inclusion of his prison disciplinary record in the presentence investigation report, and (7) object to prosecutorial misconduct. Newmon, however, offers no argument or citation to legal authority in support of these claims, therefore, we need not address them. *See Maresca v. State*, 103 Nev. 669, 673, 748 P.2d 3, 6 (1987). Nevertheless, based on our review of the record on appeal, we conclude that the district court did not err by rejecting Newmon's ineffective-assistance claims. *See Lader*, 121 Nev. at 686, 120

P.3d at 1166; *see also Strickland*, 466 U.S. at 687-88, *Kirksey*, 112 Nev. at 987, 923 P.2d at 1107. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.     _____, J.
Parraguirre                                      Cherry

cc:     Seventh Judicial District Court Dept. 2
          Christopher R. Oram
          Attorney General/Carson City
          Attorney General/Ely
          White Pine County Clerk